**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

**DICHELLO DISTRIBUTORS, INC. and**     :
**JOHN HALL,**     :
      *Plaintiffs,*     :
    :   **Civil Action No._____**
    :   **[Connecticut Superior Court Docket**
**v.**     :   **No. NNH-CV20-6105163-S]**
    :
    :
**ANHEUSER-BUSCH COMPANIES, LLC,**     :
      *Defendant.*     :   **JULY 17, 2020**
    :
_____     :

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441, 1446, and 1332,

defendants Anheuser-Busch Companies, LLC and Anheuser-Busch, LLC (together, "Anheuser-

Busch") hereby provide notice of removal of this action from the Connecticut Superior Court,

Judicial District of New Haven at New Haven, to the United States District Court for the District

of Connecticut. Removal is proper for the following reasons:

1. On June 17, 2020, plaintiffs Dichello Distributors, Inc. ("Dichello") and John Hall

(together with Dichello, "Plaintiffs") caused to be served upon Anheuser-Busch, LLC a

complaint alleging breach of fiduciary duty, breach of contract, violation of the Connecticut

Unfair Trade Practices Act, tortious interference, and "common law fraud and theft."

2. Plaintiffs filed the complaint in the Connecticut Superior Court, Judicial District

of New Haven at New Haven, on or about June 16, 2020. The case has been assigned docket

number NNH-CV20-6105163-S in that state court action.

3. Plaintiffs served Anheuser-Busch, LLC (not Anheuser-Busch Companies, LLC)

with the summons and complaint on June 17, 2020.

1

4.      The complaint mistakenly names "Anheuser-Busch Companies LLC" as the defendant and alleges that "ANHEUSER-BUSCH COMPANIES LLC is a beer manufacturer located in St. Louis Missouri and licensed to do business in the State of Connecticut."  Anheuser-Busch Companies, LLC is not licensed to do business in Connecticut and was not served with the summons and complaint.  However, Anheuser-Busch, LLC is licensed to do business in Connecticut and was served with the summons and complaint.  It is Anheuser-Busch, LLC that is the beer manufacturer located in St. Louis and is the counter-party to the Anheuser-Busch Wholesaler Equity Agreement referenced in the complaint.  The naming of "Anheuser-Busch Companies LLC" as the defendant appears to be an error.  Out of an abundance of caution, this notice is being filed on behalf of both Anheuser-Busch Companies, LLC and Anheuser-Busch, LLC.

5.       In accordance with the requirements of 28 U.S.C. § 1446, this Notice of Removal is timely filed within thirty (30) days after Anheuser-Busch, LLC was served with notice of this action.

6.      This Court is within the judicial district that embraces the division of the Superior Court where this action is currently pending.

7.      This case is removable from state court to federal court on the basis of diversity jurisdiction under 28 U.S.C. § 1332.  The district courts have original jurisdiction over any civil action where the matter in controversy exceeds the sum of $75,000.00 and where the parties are citizens of different states.  28 U.S.C. § 1332(a).

8.      While Anheuser-Busch denies that Dichello is entitled to any relief whatsoever, the amount in controversy exceeds $75,000.  Dichello alleges that it has "incurred significant financial losses including but not limited to lost productivity, lost business opportunities; legal

2

fees; diminution of the value of the business and other significant expenses" and seeks monetary damages, punitive damages, attorneys' fees, and costs.  Dichello also seeks a declaratory judgment that the distribution agreement pursuant to which it is awarded the exclusive right to sell Anheuser-Busch products is "invalid and unenforceable," as well as "[s]uch other, further and different relief as to this court may seem just and equitable."  In addition, Dichello alleges that the remedy for its failure to comply with certain provisions of its distribution agreement is the potential sale of the business.

9.      While Dichello did not allege the amount of damages it seeks other than to assert that the amount in demand is "not less than" $15,000, exclusive of interest and costs (the jurisdictional threshold for Connecticut Superior Court, Conn. Gen. Stat. § 52-91), the rights at issue are worth far in excess of $75,000.  Through the Equity Agreement, Anheuser-Busch, LLC assigned to Dichello the right to distribute certain Anheuser-Busch products in an exclusive territory, a lucrative right worth far in excess of $75,000.

10.      Plaintiffs and defendants are citizens of different states.

11.      Dichello is a Connecticut business with its principal place of business in Orange, Connecticut.  On information and belief, plaintiff John Hall resides in Connecticut.

12.      Defendant Anheuser-Busch, LLC is a Missouri limited liability company with its principal place of business at One Busch Place, St. Louis, Missouri 63118.  The sole member of Anheuser-Busch, LLC is Anheuser-Busch Companies, LLC, a Delaware limited liability company with its principal place of business at One Busch Place, St. Louis, Missouri 63118. The sole member of Anheuser-Busch Companies, LLC is Anheuser-Busch InBev Worldwide, Inc., a Delaware corporation with its principal place of business at One Busch Place, St. Louis, Missouri 63118.

13.     By filing this Notice of Removal, Anheuser-Busch does not waive any defenses or rights that may be available to it.

14.     Pursuant to 28 U.S.C. § 1446(a), attached to this Notice of Removal as **Exhibit A** is a copy of all "process, pleadings, and orders" served upon Anheuser-Busch, LLC to date.

15.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be promptly sent to all counsel of record and a copy of this Notice of Removal will be filed with the Clerk of the Connecticut Superior Court for the Judicial District of New Haven at New Haven as set forth in **Exhibit B**.


Dated: July 17, 2020

Respectfully submitted,

ANHEUSER-BUSCH COMPANIES, LLC and
ANHEUSER-BUSCH, LLC

By: /s/ Mark S. Baldwin____
Mark S. Baldwin (CT01363)
Brown Rudnick LLP
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 509-6500
mbaldwin@brownrudnick.com

*Counsel for Defendants Anheuser-Busch*
*Companies, LLC and Anheuser-Busch, LLC*

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 17, 2020, a copy of the foregoing was sent via first class mail

to the following:

Leonard C. Reizfeld
Attorney at Law
10 Marietta Street
Hamden, CT 06514

*Counsel for Plaintiffs Dichello Distributors, Inc. and John Hall*


/s/ Mark S. Baldwin
Mark S. Baldwin