UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DICHELLO DISTRIBUTORS, INC.,<br>*Plaintiff/Counterclaim Defendant*<br><br>v.<br><br>ANHEUSER-BUSCH, LLC,<br>*Defendant/Counterclaim Plaintiff.* | Case No. 3:20-cv-01003-MPS<br><br>January 12, 2023 |

## UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER

The plaintiff respectfully requests that the Court enter an order modifying the current scheduling order in this action pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 7(b) as set forth below. Defendant does not oppose this motion. The plaintiff seeks a three (3) week extension of the remaining discovery and pretrial deadlines.

In support of this Motion, the plaintiff represents that the parties remain in the process of producing documents responsive to their respective request for production. Depositions have yet to be taken by either party, due in part to the fact that document production has not been completed. The three week extension requested will provide for more orderly and informed depositions and expert disclosures based on additional document production.

Under the circumstances, the plaintiff submits that good cause exists to enter a modification of the scheduling order. The plaintiff proposes the following schedule modifications:.

| | |
|---|---|
| February 21, 2023 | The parties will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues on which they bear the burden of proof.<br>A damages analysis will be provided by any party who has a claim or counterclaim for damages. |
| March 23, 2023 | Complete depositions of opening experts. |

{N5892932}               1

| | |
|---|---|
| April 17, 2023 | The parties will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues on which they do not bear the burden of proof. |
| May 5, 2023 | Complete depositions of rebuttal experts. Complete depositions of fact witnesses. All discovery will be completed (not propounded). |
| June 16, 2023 | Deadline to file summary judgment motions. |

The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed by July 16, 2023, or 30 days after the ruling on any dispositive motions, whichever is later. The case will be ready for trial upon the filing of the joint trial memorandum.

Pursuant to Local Rule 7(b)(2), the plaintiff states that the defendant does not oppose this motion and states that this is the fifth extension of time sought concerning these particular deadlines.

Dated: January 12, 2023                    Respectfully submitted,

PLAINTIFF/COUNTERCLAIM
DEFENDANT DICHELLO
DISTRIBUTORS, INC.

/s/ John R. Horvack, Jr.
John R. Horvack, Jr. (ct12926)
David S. Hardy (ct20904)
Damian K. Gunningsmith (ct29430)
Carmody Torrance Sandak
& Hennessey LLP
195 Church Street, 18th Floor
New Haven, CT  06509
Tel.: (203) 777-5501
jhorvackjr@carmodylaw.com
dhardy@carmodylaw.com
dgunningsmith@carmodylaw.com

Leonard C. Reizfeld (ct01933)
10 Marietta Street
Hamden, CT  06514
Tel.: (203) 288-5599
reizfeld@gmail.com

## CERTIFICATION OF SERVICE

I hereby certify that on January 12, 2023, a copy of the foregoing Unopposed Motion for Modification of Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ John R. Horvack, Jr.
John R. Horvack, Jr.